[Nos. 39860-5-II; 39943-1-II.   Division Two.   April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOJO HAMILTON EVANS, SR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JARRETT LYNN REEDY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 08-1-05298-4, James R. Orlando, J., entered October 2, 2009. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Van Deren and Bjorgen, JJ.

[No. 42021-0-II.   Division Two.   April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VERONICA WITTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05488-8, Katherine M. Stolz, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 42200-0-II.   Division Two.   April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EMANUEL L. FINCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03475-9, Vicki L. Hogan, J., entered June 3, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Johanson, A.C.J., and Bridgewater, J. Pro Tem.